1

**BEROKIM & DUEL P.C.**

2

Kousha Berokim | SBN 242763 | berokim@berokimduel.com

Jasmine A. Duel | SBN 271872 | jasmine@berokimduel.com

3

Yalda Satar | SBN 304366 | yalda@berokimduel.com

270 North Cañon Drive, Third Floor

4

Beverly Hills, California 90210

5

P: (310) 846-8553

F: (310) 300-1233

6

7

*Attorneys for Plaintiff RONNIESA TOLEFREE*

8

**WOOD, SMITH, HENNING & BERMAN LLP**

9

Alicia R. Kennon (SBN No. 240569)

Rachel S. Bravo (SBN 267287)

10

1401 Willow Pass Rd., Suite 700

11

Concord, CA 94520

12

akennon@wshblaw.com

rbravo@wshblaw.com

13

14

*Attorneys for Defendants SWIFT TRANSPORTATION CO. INC. dba*

*SWIFT TRANSPORTATION CO. OF ARIZONA, LLC and KNIGHT-*

15

*SWIFT TRANSPORTATION HOLDINGS, INC.*

16

**IN THE UNITED STATES DISTRICT COURT**

17

18

**FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO**

**DIVISION**

19

20

| RONNIESA TOLEFREE, | Case No.: 2:19-cv-00693-KJM-AC |
21

|  | |
22

| Plaintiff; | |
23

| v. | *Assigned to the Honorable Kimberly J.* |

| | *Mueller, Courtroom Three.* |
24

| SWIFT TRANSPORTATION CO. | |
25

| INC. dba SWIFT | |

| TRANSPORTATION CO. OF | **STIPULATION AND PROPOSED** |
26

| ARIZONA, LLC; KNIGHT-SWIFT | **ORDER TO VACATE AND RESET** |

| TRANSPORTATION HOLDINGS, | **THE PRETRIAL SCHEDULING** |
27

| INC.; and DOES 1 through 25, | **CONFERENCE FOR SEPTEMBER** |

| inclusive, | **12, 2019 AT 2:30 PM** |
28

*(vertical text, left margin)* BEROKIM & DUEL, P.C. / Attorneys at Law / 270 North Cañon Drive, Third Floor, Beverly Hills, California 90210 / T 310.993.3703 ❖ F 310.300.1233

LEGAL:05742-0022/12613420.1

1

STIPULATION TO CONTINUE

1

2          Defendants.

3                                          Complaint Filed:   September 10, 2018
                                           Removed:           April 24, 2019
4                                          Trial Date:        None Set

5

6

7

8

9          Plaintiff JACOB COTA (hereinafter, "Plaintiff") and Defendant SWIFT

10   TRANSPORTATION CO. INC. dba SWIFT TRANSPORTATION CO. OF

11   ARIZONA, LLC; KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.

12   (hereinafter, "Defendant") submit the following joint stipulation and request that

13   the Court vacate the Pretrial Scheduling Conference set for August 30, 2019 at

14   10:00 AM in Courtroom 3 before District Judge Kimberly J. Mueller and reset the

     matter for September 12, 2019 at 2:30 PM.
15
           WHEREAS, A Pretrial Scheduling Conference for this matter was
16
     previously set for August 29, 2019 at 10:00 AM in Courtroom 3 before District
17
     Judge Kimberly J. Mueller in Sacramento, California. Plaintiff's counsel is located
18
     in Los Angeles, California. Plaintiff's counsel prepared and intended to attend the
19
     Pretrial Scheduling Conference set for August 29, 2019.
20
           WHEREAS, on August 21, 2019 the Court, on its own motion, vacated and
21
     reset the Pretrial Scheduling Conference for August 30, 2019 at 10:00 AM. The
22
     new date set for the conference conflicts with a hearing on a dispositive motion
23
     that Plaintiff's counsel is required to attend in-person on August 30, 2019.
24
           WHEREAS, On August 27, 2019, Plaintiff's counsel notified the Court and
25
     Defense counsel of the scheduling conflict.
26
           WHEREAS, Defendants have agreed to reset the Pretrial Scheduling
27
     Conference for the next available date for the Court on September 12, 2019.
28

BEROKIM & DUEL, P.C.
Attorneys at Law
270 North Cañon Drive, Third Floor, Beverly Hills, California 90210
T 310.993.3703 ❖ F 310.300.1233

LEGAL:05742-
0022/12613420.1

2

STIPULATION TO CONTINUE

1    WHEREAS, the Parties have been actively and in good faith engaged in
2    discovery and will not be prejudiced by a continuance of the Pretrial Scheduling
3    Conference.

4    WHEREAS, the Parties have not yet sought or have been granted an
5    extension by the Court.

6    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the
7    Parties hereto through their respective attorneys of record that the Pretrial
8    Scheduling Conference set for August 30, 2019 at 10:00 AM in Courtroom 3
9    before District Judge Kimberly J. Mueller be vacated and reset for September 12,
10   2019 at 2:30 PM.

11

12

13   Dated: August 27, 2019          **BEROKIM & DUEL, P.C.**

14

15                                    By:

16                                    _____/s/*Kousha Berokim*_____
17                                         JASMINE A. DUEL
18                                         KOUSHA BEROKIM
19                                         YALDA SATAR
                                          *Attorneys for Plaintiff JACOB COTA*
20

21                                    By:

22                                    _____/s/*Alicia R. Kennon*_____
23                                         Alicia R. Kennon
                                          Rachel S. Bravo
24                                        *Attorneys for Defendants SWIFT*
                                          *TRANSPORTATION CO. INC. dba*
25                                        *SWIFT TRANSPORTATION CO. OF*
                                          *ARIZONA, LLC and KNIGHT-*
26                                        *SWIFT TRANSPORTATION*
                                          *HOLDINGS, INC.*
27

28

BEROKIM & DUEL, P.C.
Attorneys at Law
270 North Canon Drive, Third Floor, Beverly Hills, California 90210
T 310.993.3703 ✦ F 310.300.1233

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

RONNIESA TOLEFREE,

              Plaintiff;

    v.

SWIFT TRANSPORTATION CO. INC. dba SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.; and DOES 1 through 25, inclusive,

              Defendants.

Case No.: 2:19-cv-00693-KJM-AC

*Assigned to the Honorable Kimberly J. Mueller, Courtroom Three.*

**PROPOSED ORDER TO VACATE AND RESET THE PRETRIAL SCHEDULING CONFERENCE FOR SEPTEMBER 12, 2019 AT 2:30 PM**

## ORDER

The court having reviewed the forgoing Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that parties' request to vacate the Pretrial Scheduling Conference from August 30, 2019 at 10:00 AM in Courtroom 3 and reset it for September 12, 2019 at 2:30 PM is GRANTED.

IT IS SO ORDERED.

Dated: _____                    _____

                               United States District Court Judge

BEROKIM & DUEL, P.C.
Attorneys at Law
270 North Canon Drive, Third Floor, Beverly Hills, California 90210
T 310.993.3703 ✦ F 310.300.1233

LEGAL:05742-0022/12613420.1

4