Alicia R. Kennon (State Bar No. 240569)
akennon@wshblaw.com
Eric Byrne (State Bar No. 321108)
ebyrne@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982
Phone: (925) 222-3400 ♦ Fax: (925) 356-8250

Attorneys for Defendant SWIFT TRANSPORTATION COMPANY, INC. dba SWIFT TRANSPORTATION COMPANY OF ARIZONA and KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.

Kousha Berokim (State Bar No. 242763)
berokim@berokimduel.com
Yalda Satar (State Bar No. 304366)
yalda@berokimduel.com
270 North Canon Drive, Third Floor
Beverly Hills, California 90210
Phone: (310) 846-8553 ♦ Fax: (310) 300-1233

Attorneys for Plaintiff RONNIESA TOLEFREE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RONNIESA TOLEFREE,<br><br>Plaintiff,<br><br>v.<br><br>SWIFT TRANSPORTATION CO. INC., ET AL.,<br><br>Defendant. | Case No. 2:19-CV-00693-KJM-AC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES**<br><br>Trial Date:    None Set |

TO THE HONORABLE UNITED STATES DISTRICT JUDGE KIMBERLEY J. MUELLER AND TO ALL COUNSEL:

Plaintiff RONNIESA TOLEFREE ("Plaintiff") and Defendant SWIFT TRANSPORTATION CO. INC ("Defendant") (collectively, "Parties"), through their respective counsel of record, respectfully submit this proposed stipulation to extend the deadline for the disclosure of expert witnesses and certain other pretrial deadlines.

1. Procedural History; Good Cause for Stipulation Regarding Scheduling

A. On September 23, 2019, District Judge Kimberly J. Mueller signed the STATUS PRETRIAL SCHEDULING ORDER (Dkt. 11) that provides for the following deadlines:

   a. designation of expert witnesses by June 30, 2020;

   b. close of supplemental expert designations and rebuttals by July 21, 2020;

   c. deadline to hear dispositive motions no later than June 26, 2020; and

   d. closing of all discovery by August 21, 2020

The Scheduling Order states that the Parties should be prepared to confirm the Trial Date between 60 to 120 days following the Final Pretrial Conference, which will be scheduled following the hearing on dispositive motions or the cutoff date for dispositive motions.

B. On May 28, 2020, attorney for Plaintiff Yalda Satar submitted her "Declaration of Yalda Satar In Support of Plaintiff's Request to Extend Time to File Opposition to Defendant's Motion for Summary Judgment and Continue Hearing on Defendant's Motion for Summary Judgment from June 26, 2020 to July 24, 2020" (Dkt. 18).

C. On June 3, 2020, a Minute Order (Dkt. 19) was issued by Courtroom Deputy C. Schultz for District Judge Kimberly J. Mueller in which it construed the earlier "Declaration of Yalda Satar" (Dkt. 18) as an ex parte request to continue all trial dates and ordered Defendants Order to Show Cause within three (3) days of the Order for why Plaintiff's Request should not be granted.

D. On June 4, 2020, attorney for Defendant Alicia Kennon, submitted "Declaration of Alicia R. Kennon in Response to Order to Show Cause Regarding Plaintiff's Ex Parte Request to Continue All Scheduled Dates" (Dkt. 20) in opposition of Plaintiff's ex parte request to continue all trial dates.

E. On June 11, 2020 a Minute Order (Dkt. 21) was issued by Courtroom Deputy C. Schultz for Chief District Judge Kimberly J. Mueller in which it was ordered that the Motion Hearing as to Defendant's Motion for Summary Judgement, ECF No.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 356 8250

[15] set for June 26, 2020 was vacated and reset for August 14, 2020.

F. The Parties stipulate that, as the deadline for motion hearing on dispositive motions is postponed by seven-weeks, that all other pre-trial deadlines, especially those relating to the designation of expert witnesses and supplemental designations and rebuttals to expert witnesses, be similarly extended so as to allow the Parties adequate time to complete discovery within the same manner as they would be were the deadline for motion hearings on dispositive motions not extended. This will allow the Parties to continue in the order originally set forth by the Court in accommodation with their collective needs. The parties hereby agree to stipulate to the following deadlines, pending the approval of the Court:

   a. The deadline for the designation of expert witnesses shall move from June 30, 2020 to August 18, 2020;
   b. The deadline for supplemental designations of expert witnesses and rebuttals to expert witnesses shall move from July 21, 2020 to September 8, 2020;
   c. The close of discovery shall move from August 21, 2020 to October 9, 2020.

G. The Parties continue to work cooperatively in completing discovery and have scheduled the deposition of Defendant's Person Most Qualified for June 26, 2020 and anticipate no further need for extensions of pre-trial deadlines.

H. Approving the Parties' proposed stipulation will not affect trial dates, which are still yet to be set following the Final Pretrial Conference to be scheduled following the resolution of dispositive motions as set forth by the September 23, 2019 Scheduling Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

| | | |
|---|---|---|
| 1 | DATED: June 23, 2020 | WOOD, SMITH, HENNING & BERMAN LLP |

By: _____
    ALICIA R. KENNON
    ERIC BYRNE
Attorneys for Defendant SWIFT TRANSPORTATION COMPANY, INC. dba SWIFT TRANSPORTATION COMPANY OF ARIZONA and KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.

DATED: June ___, 2020         BEROKIM & DUEL P.C.

By: _____
    KOUSHA BEROKIM
    YALDA SATAR
Attorneys for Plaintiff RONNIESA TOLEFEREE

**[PROPOSED] ORDER**

Pursuant to the stipulation reached by the parties and good cause appearing therefore, IT IS SO ORDERED THAT:

1. The deadline for disclosure of expert witnesses Pursuant to Fed. R. Civ. P. 26(A)(2) shall be August 18, 2020.
2. The deadline for disclosure of supplemental and rebuttal experts pursuant to Fed. R. Civ. P. 26(A)(2)(C) shall be September 8, 2020.
3. The deadline for the completion of discovery shall be October 9, 2020.

DATED: July 15, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 356 8250

LEGAL:05742-0022/14871979.1    -5-    Case No. 2:19-CV-00693-KJM-AC
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES