Alicia R. Kennon (State Bar No. 240569)
akennon@wshblaw.com
Rachel L Szela (State Bar No. 283502)
rszela@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982
Phone: (925) 222-3400 ♦ Fax: (925) 356-8250

Attorneys for Defendant SWIFT TRANSPORTATION COMPANY, INC. dba SWIFT TRANSPORTATION COMPANY OF ARIZONA and KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RONNIESA TOLEFREE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SWIFT TRANSPORTATION CO. INC., ET AL.,<br><br>　　　　Defendant. | Case No. 2:19-CV-00693-KJM-AC<br><br>**STIPULATION AND ORDER TO CONTINUE DEPOSITIONS BEYOND DISCOVERY CUT-OFF DATE**<br><br>Trial Date:　　None Set |

Plaintiff RONNIESA TOLEFREE (hereinafter, "Plaintiff") and Defendant SWIFT TRANSPORTATION CO. INC. dba SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC. (hereinafter, "Defendant") submit the following joint stipulation and request that the Court modify the scheduling order and continue the parties discovery cut-off date for the stated depositions from October 9, 2020 for 60 calendar days after the order of the Motion for Summary Judgment is served on the parties.

1  WHEREAS, Plaintiff and Defendant agree to conduct the following
2 depositions beyond the October 9, 2020 discovery cut-off date but before the 60 days
3 following service of the order of the pending decision on Defendant's Motion for
4 Summary Judgment:

5 - Audra Tieneswage
6 - Peter Rose
7 - Desiree Woods
8 - Defendant's rebuttal expert to Plaintiff's expert Desiree Woods

9  WHEREAS, currently these are the depositions the parties intend on taking,
10 however the parties reserve their right to take additional depositions the parties
11 believe are necessary but no more than the 10 depositions per Fed. R. Civ. P. 30.

12  WHEREAS, Plaintiff provided an amended expert disclosure on September 8,
13 2020 which added expert Desiree Woods. Per Fed. R. Civ. P. 26(a)(2)(D)(ii),
14 Defendant will provide an expert rebuttal designation with said expert's report within
15 30 days of September 8, 2020.

16  WHEREAS, the Parties agree that no discovery, other than depositions, shall
17 be allowed beyond the October 9, 2020 cut off.

18  WHEREAS, trial has not been set in this matter.

19  WHEREAS, the Parties will not be prejudiced by a continuance of these
20 depositions.

21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 356 8250

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties hereto through their respective attorneys of record that the continuation of these stated depositions be continued from current cut-off date of October 9, 2020 for 60 days following the service of the pending order on Defendant's Motion for Summary Judgment.

DATED: October 5, 2020      WOOD, SMITH, HENNING & BERMAN LLP

By:    /s/
    ALICIA R. KENNON
    RACHEL L. SZELA
Attorneys for Defendant SWIFT TRANSPORTATION COMPANY, INC. dba SWIFT TRANSPORTATION COMPANY OF ARIZONA and KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.

DATED: October 5, 2020      BEROKIM & DUEL, P.C.

By:    /s/
    JASMINE A. DUEL
    KOUSHA BEROKIM
    YALDA SATAR
Attorneys for Plaintiff RONNIESA TOLEFREE

# **ORDER**

Pursuant to the stipulation of counsel, and in accordance with the terms set forth above, IT IS HEREBY ORDERED:

1. The discovery timeline shall be amended such that stated depositions shall continue after the current discovery cut off but before 60 days following the court's order on Defendant's Motion for Summary Judgment.

IT IS SO ORDERED.

DATED:  October 6, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE