1  Alicia R. Kennon (State Bar No. 240569)
   akennon@wshblaw.com
2  Bahareh Habibi (State Bar No. 274271)
   bhabibi@wshblaw.com
3  **WOOD, SMITH, HENNING & BERMAN LLP**
   1401 Willow Pass Road, Suite 700
4  Concord, California 94520-7982
   Phone: (925) 222-3400 ♦ Fax: (925) 356-8250

Attorneys for Defendants SWIFT TRANSPORTATION COMPANY, INC. dba SWIFT TRANSPORTATION COMPANY OF ARIZONA and KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| RONNIESA TOLEFREE, | Case No. 2:19-CV-00693-KJM-AC |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| SWIFT TRANSPORTATION CO. INC., et al., | The Hon. Kimberly J. Mueller; Crtrm. 3 |
| | Trial Date: 6/21/22 |
| Defendants. | |

Plaintiff RONNIESA TOLEFREE ("Plaintiff") and Defendants SWIFT TRANSPORTATION COMPANY, INC. dba SWIFT TRANSPORTATION COMPANY OF ARIZONA and KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC. (collectively "Defendants") are pleased to report that this matter has settled in all respects. Plaintiff and Defendants are currently preparing a written settlement agreement. Shortly thereafter, Plaintiff will be filing a request for dismissal with prejudice.

DATED: June 6, 2022         WOOD, SMITH, HENNING & BERMAN LLP

                            By: /s/ BH
                            _____
                            ALICIA R. KENNON
                            BAHAREH HABIBI
                            Attorneys for Defendants SWIFT TRANSPORTATION COMPANY, INC. dba SWIFT TRANSPORTATION COMPANY OF ARIZONA and KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.

24728062.1:05742-0022

# PROOF OF SERVICE

**Tolefree v. Swift Transportation**
**USDC Eastern Division: Case No. 2:19-CV-00693-KJM-AC**

I am employed in the County of Contra Costa, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 1401 Willow Pass Road, Suite 700, Concord, CA 94520-7982.

On June 6, 2022, I served the following document(s) described as **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address smiller@wshblaw.com to the persons at the electronic notification address listed in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was not successful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 6, 2022, at Concord, California.

_____
Sheryl A. Miller

**SERVICE LIST**
**Tolefree v. Swift Transportation**
**USDC Eastern Division: Case No. 2:19-CV-00693-KJM-AC**
**Our File No.: 05742-0022**

Kousha Berokim
Jasmine A. Duel
Yalda Satar
BEROKIM & DUEL, P.C.
270 North Canon Drive, Third Floor
Beverly Hills, California 90210
Tel: (310) 846-8553 / Fax: (310) 300-1233
Email: berokim@berokimduel.com
Email: jasmine@berokimduel.com
Email: yalda@berokimduel.com
**ATTORNEYS FOR PLAINTIFFS**