**BEROKIM & DUEL, P.C.**
Kousha Berokim | SBN 242763 | berokim@berokimduel.com
Jasmine A. Duel | SBN 271872 | jasmine@berokimduel.com
270 North Cañon Drive, Third Floor
Beverly Hills, California 90210
P: (310) 846-8553
F: (310) 300-1233

Attorneys for Plaintiff RONNIESA TOLEFREE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RONNIESA TOLEFREE,<br><br>Plaintiff;<br><br>v.<br><br>SWIFT TRANSPORTATION CO. INC. dba SWIFT TRANSPORTATION CO. OF ARIZONA, LLC; KNIGHT-SWIFT TRANSPORTATION HOLDINGS, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00693-KJM-AC<br><br>*Assigned to the Honorable Kimberly J. Mueller, Courtroom Three.*<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the, Plaintiff Ronesia Tolefree by and through her counsel of record, hereby voluntarily dismiss's this action in its entirety, with prejudice, with each party to bear his/its own attorneys' fees and costs.   Plaintiff is dismissing this action as the parties have resolved this matter.   Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

DATED:  March 24, 2022                         BEROKIM & DUEL P.C.

                                               By: _____
                                                   KOUSHA BEROKIM
                                                   JASMINE A. DUEL
                                                   Attorneys for Plaintiff RONNIESA TOLEFEREE

## PROOF OF SERVICE

**Tolefree v. Swift Transportation USDC Eastern Division: Case No. 2:19-CV-00693-KJM-AC**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 270 N. Canon Drive, Third Floor, Beverly Hills, CA 90210.

On December 27, 2022, I served the following document(s) described as **PLAINTIFF'S VOLUNTARY DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** on the interested parties in this action as follows:

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address smiller@wshblaw.com to the persons at the electronic notification address listed in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was not successful.

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Alicia R. Kennon (State Bar No. 240569)
akennon@wshblaw.com
Bahareh Habibi (State Bar No. 274271)
bhabibi@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 27, 2022, at Beverly Hills, California.

_____
Jasmine A. Duel

3
PLAINTIFF'S DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION